JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASH CHAMBA,<br><br>      Petitioner,<br><br>      v.<br><br>JEH C. JOHNSON, et al.,<br><br>      Respondents. | CASE NO. 2:16-CV-5700-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing the Petition as Moot, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed.

DATED:  November 18, 2016

STEVE KIM
U.S. MAGISTRATE JUDGE